UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| **James L. Roudabush, Jr.** | : | |
| | : | CIV. ACTION NO. 15-5741(RMB) |
| Plaintiff, | : | |
| | : | |
| v. | : | MEMORANDUM AND ORDER |
| | : | |
| **Unknown "SIS" Federal Agents,** | : | |
| **et al.,** | : | |
| | : | |
| Defendants. | : | |

**RENÉE MARIE BUMB**, U.S. District Judge

I.   BACKGROUND

Plaintiff, a prisoner confined at FCI Fort Dix, submitted a civil rights complaint and an IFP application to this Court on July 23, 2015. (ECF Nos. 1, and 1-1.)" The heading on both documents, however, is "United States District Court, District of Columbia" (Id.)

IT IS therefore, on this **6th** day of **August** **2015**,

**ORDERED** that the Clerk of the Court shall administratively terminate this case, without filing the complaint or assessing a filing fee; Plaintiff is informed that administrative termination is not a "dismissal" for purposes of the statute of limitations, and that if the case is reopened, it is not subject to the statute of

1

limitations time bar if it was originally filed timely, see Jenkins v. Superintendent of Laurel Highlands, 705 F.3d 80, 84 n.2 (2013) (describing prisoner mailbox rule generally); Dasilva v. Sheriff's Dept., 413 F. App'x 498, 502 (3rd Cir. 2011) ("[The] statute of limitations is met when a complaint is submitted to the clerk before the statute runs") (citations omitted); and it is further

    **ORDERED** that if Plaintiff wishes to reopen this case, he shall so notify the Court in writing addressed to the Clerk of the Court, [Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101], within 30 days of the date of entry of this Order; Plaintiff's writing shall include a statement indicating that he intended to file his Complaint in the United States District Court, District of New Jersey; and it is further

    **ORDERED** that upon receipt of a writing from Plaintiff stating that he intended to file his Complaint in the District of New Jersey, the Clerk of the Court will be directed to reopen this case; and it is finally

    **ORDERED** that the Clerk of the Court shall serve a copy of this Memorandum and Order upon Plaintiff by regular U.S. mail.

                                          s/Renée Marie Bumb
                                          **RENÉE MARIE BUMB**
                                          **UNITED STATES DISTRICT JUDGE**